583 A.2d 337

DONALD ZIEF v. PLANNING BOARD OF THE
TOWNSHIP OF MONTCLAIR.

March 7, 1990.

Petition for certification denied.

583 A.2d 338

KENNETH CAMPBELL v. NEW JERSEY STATE
PAROLE BOARD.

March 7, 1990.

Petition for certification denied.

583 A.2d 338

JOHN SCIOLI v. NEW JERSEY DEPARTMENT OF HEALTH
AND NEW JERSEY DEPARTMENT OF PERSONNEL.

March 7, 1990.

Petition for certification denied.

583 A.2d 338

SASDELLI OIL CO., INC. v. D.M. BOWMAN, INC.

March 7, 1990.

Petition for certification denied.